Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Sahar Harb

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| SAHAR HARB, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX, INC.; et. al., <br><br> Defendants. | Case No.: 2:18-cv-00267-MCE-DB <br><br> **ORDER FOR Dismissal** |

Pursuant to the stipulation of the Parties, Defendant Equifax, Inc. is dismissed, with prejudice, each party shall bear its own attorneys' fees and costs. The case remains pending against First Data Corporation.

IT IS SO ORDERED.

Dated: June 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE